## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV10313

Purchased/Filed: November 14, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF

---

*The New York City District Council of Carpenters Pension Fund, New York City District Council of Carpenters Welfare Fund, et al*

Plaintiff

against

*C. Manto Construction, Inc.*

Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY            SS.:

_____Jessica  Miller_____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____November 20, 2007_____ , at __2:00pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint and Judges Rules

on

_____C. Manto Construction, Inc._____ , the

Defendant in this action, by delivering to and leaving with _____Chad Matice_____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __307 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__

Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other: _____

Sworn to before me on this

__24th__ day of _____November, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica  Miller

Invoice•Work Order # SP0709763

*SERVICO. INC. -  PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*