UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES, and MICHAEL J.
FORDE, AS EXECUTIVE SECRETARY-TREASURER,
DISTRICT COUNCIL FOR NEW YORK CITY AND
VICINITY, UNITED BROTHERHOOD OF CARPENTERS
AND JOINERS OF AMERICA,

07 CV 10313 (LBS)
ECF CASE

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-15-08

Plaintiffs,

-against-

C. MANTO CONSTRUCTION, INC.,

Defendant.
------------------------------------------------------------------X

This action having been commenced on November 14, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant C. Manto Construction, Inc. on November 20, 2007 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on November 28, 2007, and by registered mail on November 15, 2007, and a proof of service having been filed on November 28, 2007, and the defendant not having

Exhibit A    Exhibit B    Exhibit C    Exhibit D    Exhibit E



answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on January 10, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,449.00 for a total of $3,799.00 and that C. Manto Construction, Inc. and its officers are ordered to produce any and all books and records relating to C. Manto Construction, Inc. for the period of December 16, 2005 through September 21, 2007.

Dated: 1/15/09
New York, New York

_____
Honorable Leonard B. Sand
United States District Judge

This document was entered on the docket on _____.